SILVER DEVELOPMENT CORPORATION, A Nevada Corporation, Appellant, *v.* JAMES W. GAVIN and MARIE S. GAVIN, Respondents.

No. 10120

August 16, 1979                                    598 P.2d 625

*Robert F. Butler,* Reno, for Appellant.

*C. E. Horton and Steven G. McGuire,* Ely, for Respondents.

## OPINION

*Per Curiam:*

Appellant, who had leased land from the respondents, filed suit seeking to recover damages for respondents' breach of the covenant of quiet enjoyment. The district court denied recovery, finding that the breach did not cause the damages for which recovery was sought. This appeal followed.

The court has reviewed the proceedings, briefs and record, and after hearing oral argument, has determined that there is no merit to this appeal. Trustees of the Church of Universology v. State, 95 Nev. 338, 594 P.2d 706 (1979); Bradley v. Bradley, 95 Nev. 201, 591 P.2d 663 (1979).

Affirmed.